566

George W. Brown, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 14, 1931.*

John L. Walker, for claimant.

Oscar E. Carlstrom, Attorney General; Carl I. Dietz, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

Claimant was employed by the defendant State of Illinois to direct and supervise the shop work of convicts laboring in his department. In April, 1929, while working in the upholstering shop he slipped and fell on a stairway suffering a fracture of the radius bone of his left forearm. Three months later he was again injured in the shop as a result of a stabbing affray. He was attacked by a disgruntled convict and stabbed twice in the chest and back.

The Attorney General comes and defends and recommends that an award be made not to exceed $1,125.00 nor less than $953.50.

The court is of the belief that an award should be allowed and recommends that claimant be awarded $1,125.00.